UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT WALKOWSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 1:15-cv-1124-JMS-DKL |
| | ) |
| BAXTER HEALTHCARE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Robert Walkowski, and Defendant, Baxter Healthcare Corporation, having so jointly stipulated, the Court hereby dismisses all claims against Defendant, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with the parties to bear their own costs and attorneys' fees.

Dated: April 19, 2016

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.